Case Name:  United States of America vs. Ramon Vasquez-Cabrales
Venue:   United States of District Court, Southern District of California
Case No. 08MJ0942 (WMC) – 08CR0972 (WQH)

### PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO
        I am employed in the county of San Diego, State of  California.  I am over the age of 18 years, not a party to the within action.  My business address is 2044 First Avenue, Ste., 200,  San Diego,   California 92101.

        On April 11, 2008,  I served the following documents described as:


### Motion for Videotaped Deposition

on all interested parties in this action by placing (X) a true copy [ ] the original thereof enclosed in sealed envelopes address as following:

Karen Hewitt & her representative
United States Attorney                       Efile.dkt.gc2@usdoj.gov
Office of the United States Attorney        FAX (619) 235-2757
880 Front Street, Room 6293
San Diego,  CA  92101


- **Charles N Guthrie**
  charlesnguthrie@aol.com

- **Holly S Hanover**
  netlawyr@aol.com,hollyhsh@aol.com

- **Linda Lopez**
  Linda_Lopez@fd.org,Pamela_Bishop@fd.org

- **U S Attorney CR**
  Efile.dkt.gc2@usdoj.gov


[X] (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine.  Pursuant to rule 2008(e)(4),  I caused the machine to print a record of the transmission.

[X] (BY MAIL, 1013A, 2015.5 C.C.P.)

        [X] I deposited each such envelope in the mail at San Diego, California.  The envelope was mailed with postage thereon fully prepaid.

1

2

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 11, 2008, at San Diego, California.

3

4

5

s/Linda A. King_____
Linda A. King
Attorney for Material Witness

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28