# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )    CASE NUMBER _08CR0972-WQH_

vs )    ABSTRACT OF ORDER

)    Booking No. _079069298_

_Bernice Pelayo-Hernandez_

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _4/22/08_

the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

✓ _____ Defendant released on $ _15,000 P/S_ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

_____
UNITED STATES MAGISTRATE JUDGE

OR

Received _____    W. SAMUEL HAMRICK, JR.   Clerk
        DUSM                   by

                               _____
                               Deputy Clerk

Crim-9   (Rev 6-95)                          ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY