**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**HON. WILLIAM Q. HAYES**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08 CR 0972 - WQH |
| Plaintiff, ) | **O R D E R** |
| vs. ) | |
| ) | **LEAVE TO FILE SENTENCE MOTIONS LATE** |
| BERNICE PELAYO-HERNANDEZ, ) | |
| Defendant. ) | |

THERE BEING GOOD CAUSE:

    DEFENDANT BERNICE PELAYO-HERNANDEZ IS ORDERED TO FILE NO LATER THAN MAY 19, 2008, HER MOTION TO COMPEL DISCOVERY AND MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT.

DATE: _____   _____
                                         United States District Court Judge

07 CR 3035