UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JUDGE JOHN A. HOUSTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  08 CR 0972 - WQH |
| ) | |
| Respondent/Plaintiff, ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| DENISE  PELAYO-HERNANDEZ , ) | LEAVE TO FILE DISCOVERY |
| ) | MOTION LATE |
| Appellant/Defendant. ) | |
| ) | |

   I am over the age of 18 and my business address is in the City and County of San Diego, California, located at 121 Broadway, Suite 531, San Diego, California.

   On May 19, 2008, I filed the:   Motion FOR Leave to File Discovery Motion Late in the above case electronically by way of the electronic filing system/ CM/ECF to the Clerk of the United States District Court for the Southern District of California.  On information and belief said documents were served through the CM/ECF on the Assistant United States Attorney Joseph J. M. Orabono.
   I certify and declare the above true based on information and belief under penalty of perjury executed this May 19, 2008, in the City of San Diego, County of San Diego, State of California.

S/Charles N. Guthrie

May 19, 2008

Respectfully submitted,

S/CHARLES N. GUTHRIE
Charles N. Guthrie