UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> Ramon Vasquez-Cabrales ) <br> ) <br> Defendant(s) ) <br> ) | 08mj0942 <br> CRIMINAL NO. 08CR0972-WQH <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 07968298 |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Eduardo Reyes-Rodriguez

DATED: 5/22/08

William McCurine, Jr.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
              DUSM

W. SAMUEL HAMRICK, JR. Clerk

by _____
      Deputy Clerk

CLERK'S OFFICE COPY         ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95