UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Raman Vasquez-Cabrales ) <br> ) <br> Defendant(s) ) <br> ) | 08mj0942 <br> CRIMINAL NO. 08cr0972-WQH ✓ <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 07968298 |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed / Order of Court).

Ramon Torres-Silva

DATED: 5/22/08

**William McCurine, Jr.**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _____
           Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082