UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Ramon Vasquez-Cabrales<br>Defendant(s) | 08mj 0942<br>CRIMINAL NO. 08CR 0972-WQH ✓<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07968298 |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Juan Carlos Yepez-Yepez

DATED: 5/22/08

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
              DUSM
                                     W. SAMUEL HAMRICK, JR., Clerk
                                     by _____
                                          Deputy Clerk