Charles N. Guthrie (SBN 76644)
Attorney at Law
121 Broadway, Suite 531
San Diego, California 92101
Tel: 619-230-8598/ Fax: 230-8598
Attorney for Defendant:
Bernice Pelayo-Hernandez

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No. 08 CR 0972 - WQH |
| ) | |
| Plaintiff,          ) | **NOTICE OF WITHDRAWAL DOCKET ITEM 53, MOTION TO WITHDRAW DOCUMENT** |
| ) | |
| v.          ) | |
| ) | |
| BERNICE PELAYO-HERNANDEZ,          ) | |
| ) | |
| Defendant.          ) | |

TO THE ABOVE-ENTITLED COURT AND KAREN P. HEWITT, UNITED STATES ATTORNEY AND ASSISTANT UNITED STATES ATTORNEY JOSEPH J. M. ORABONA:

NOTICE IS HEREBY GIVEN that on the date and time referenced above and in the Courtroom to which the matter is assigned, defendant Bernice Pelayo-Hernandez by and through counsel, will move this Court to allow withdrawal of Docket Item No. 53, entitled "MOTION to Withdraw Document *leave to file discover motion late.*"

MOTION

Defendant moves for the court allow withdrawal of Docket Item 53, because it was inadvertently wrongfully labeled and further is now moot in that defendant has pleaded guilty.

Respectfully submitted,

s/Charles N. Guthrie
Charles N. Guthrie, Atty at Law

08 CR 0972 - WQH