PS8C

June 4, 2008

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN -6 PM 12: 47

### Petition for Warrant or Summons for Defendant on Pretrial Release

BY: ECL  DEPUTY

**Name of Defendant:** Pelayo-Hernandez, Bernice          **Dkt No.:** 08CR0972-WQH-002

**Reg. No.:** 07969-298

**Name of Judicial Officer:** The Honorable William Q. Hayes.

**Next Court Date:** August 18, 2008, at 9 a.m. for sentencing.

**Charged Offense:** Transporting Illegal Aliens and Aiding and Abetting.

**Date Conditions Ordered:** March 28, 2008, before the Honorable William McCurine Jr.

**Conditions of Release:** restrict travel to Southern and Central Districts of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Forms; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; be able to legally remain in the United States during pendency of the proceeding; actively seek and maintain full-time employment, schooling, or combination of both.

**Modification:** April 11, 2008, before the Honorable William McCurine Jr.
Added: Mr. Bensman must be surety; and the defendant must reside with sister, Eunice Pelayo.
Deleted: actively seek and maintain full-time employment, schooling, or combination of both.

**Date Released on Bond:** April 22, 2008

**Asst. U.S. Atty.:** Joseph Orabona          **Defense Counsel:** Charles Guthrie (Appointed)
(619) 557-7736                                 (619) 230-8598

**Prior Violation History:** None.

Name of Defendant: Pelayo-Hernandez, Bernice
Dkt No.: 08CR0972-WQH-002                                                                    Page 2

## PETITIONING THE COURT

**TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE ALLEGATIONS**

The Pretrial Services officer believes the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| **(Standard Condition)** Report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer (PSO) | • The defendant failed to report to Pretrial Services by telephone on May 26, 2008 and June 2, 2008. |
| Restrict travel to Southern and Central Districts of California and do not enter Mexico. | • It was reported to Pretrial Services by the defendant's surety, Byron Bensman and her sister, Denise Pelayo-Hernandez (co-defendant), the defendant traveled to Mexico and has not returned. |

*Grounds for Revocation:*

The defendant was released from custody on April 22, 2008 and she reported to the Pretrial Services office on April 24, 2008 for her Post Release Intake Interview. At that time the defendant was explained her conditions of release, specifically her travel restriction to the Southern and Central Districts of California and not to enter Mexico. Additionally, the defendant was instructed to report to Pretrial Services once per week by telephone on Mondays and to report in person by the fifteenth of each month. The defendant acknowledged and signed she understood her conditions and the consequences of violating these instructions.

On Monday, May 26, 2008, Bernice Pelayo-Hernandez failed to report by telephone as directed. On May 29, 2008, the undersigned attempted to contact the defendant at the residence number provided and left a message for her to report to Pretrial Services immediately upon receiving this message. No response from the defendant was received.

The defendant subsequently failed to report by telephone on June 2, 2008 as directed. Additionally, on this date Pretrial Services was contacted by the defendant's surety, Byron Bensman, who reported Bernice Pelayo-Hernandez traveled to Mexico approximately a week ago and has not returned.

On June 3, 2008, the undersigned attempted to contact the defendant at her residence and spoke with Sue Cortez. Ms. Cortez indicated she was a family friend also residing with the defendant and last saw her three days ago. She believes the defendant was with her sister, Denise Pelayo-Hernandez, who is a co-defendant in this case. Denise Pelayo-Hernandez is being supervised by Dave Horton of our office. PSO Horton contacted co-defendant, Denise Pelayo-Hernandez, who reported the defendant is in Tijuana, Mexico

**Name of Defendant:** Pelayo-Hernandez, Bernice
**Dkt No.:** 08CR0972-WQH-002                                                                 Page 3

The undersigned contacted the defendant's attorney, Charles Guthrie, on June 3, 2008, and left a message requesting a return call regarding information on the whereabouts of the defendant. At the time of this writing Pretrial Services has not received a return call from defense counsel.

## RECOMMENDATION/JUSTIFICATION

The defendant failed to report to Pretrial Services for two consecutive weeks. Information has been reported to our office indicating the defendant traveled to Mexico and has not returned. Pretrial Services' last contact with Bernice Pelayo-Hernandez was on May 22, 2008, after her court appearance, where she plead guilty. Pretrial Services has not been able to contact or locate the defendant.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: June 4, 2008**

Respectfully submitted:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES
OFFICER

by _____
D. Ryan Alejandria
U.S. Pretrial Services Officer
(619) 446-3616

Reviewed and approved:

_____
Anthony Ortiz
Supervising U.S. Pretrial Services
Officer

## THE COURT ORDERS:

__✓__ A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE DEFENDANT BEFORE THE COURT TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

_____ Other _____

_____

_____

_____    6/5/08
The Honorable William Q. Hayes              Date
United States District Judge