AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA  07969-298
4/3/1988

UNITED STATES OF AMERICA
V.                                          WARRANT FOR ARREST

Bernice Pelayo-Hernandez

CASE NUMBER: 08CR0972-WQH-002

**FILED SEP 0 2 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA DEPUTY**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Bernice Pelayo-Hernandez_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☒ Pretrial Violation

charging him or her with (brief description of offense)

DATE 8/22/08
ARRESTED BY Surrendered
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY [signature]

**RECEIVED 2008 JUN -9 A 11:20 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA**

In violation of Title _____See Above_____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                      Clerk of the Court
Name of Issuing Officer                     Title of Issuing Officer

s/ L Odierno [signature]                    6/6/08 San Diego, CA
Signature of Deputy                          Date and Location

Bail fixed at $ _____No Bail_____ by _____The Honorable William Q. Hayes_____
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS I 'B'      LOCKE      DUE 6/11

Hernandez Pelayo, Bernice
08CR 0972-WQH 6-9-08